# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 728 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE DOMESTIC RELATIONS PROCEDURAL RULES COMMITTEE | : : : | CIVIL PROCEDURAL RULES DOCKET |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of January, 2022, David S. Pollock, Esquire, is hereby designated as Chair, and Cynthia K. Stoltz, Esquire, as Vice-Chair, of the Domestic Relations Procedural Rules Committee, commencing June 1, 2022.